**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBALM, | No. C 07-3226 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ED FOULK, | |
| Defendant. | |

On June 28, 2007, the court denied pauper status for plaintiff and ordered him to pay the full $350.00 filing fee for this action by July 27, 2007 or the action would be dismissed. That deadline has long passed but plaintiff never paid the filing fee, although he filed dozens of papers in this action. In some of his filings, he stated that the hospital had failed to send in the $5.00 filing fee; that does not help him because he was ordered to pay a $350.00 filing fee and the $5.00 filing fee appears to have been intended for a separate habeas action, i.e., Case No. C 07-4197, and not this action.

For the foregoing reasons, this action is dismissed because plaintiff failed to comply with the order to pay the filing fee. The clerk shall terminate all pending motions as moot in light of this dismissal. The clerk shall close the file.

IT IS SO ORDERED.

Dated: December 17, 2007

_____
SUSAN ILLSTON
United States District Judge