**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7
8     VINCENT ROSENBALM,                        No. C 07-3226 SI (pr)
9              Plaintiff,                        **JUDGMENT**
10        v.
11    ED FOULK,
12              Defendant.
13    _____/
14
          This action is dismissed because plaintiff failed to pay the court-ordered filing fee.
15
16
          IT IS SO ORDERED AND ADJUDGED.
17
18
Dated: December 17, 2007
19                                              SUSAN ILLSTON
20                                         United States District Judge
21
22
23
24
25
26
27
28