1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM,

        Plaintiff,

    v.

ED FOULK,

        Defendant.

_____/

No. C 07-3226 SI (pr)

**JUDGMENT**

This action is dismissed because plaintiff failed to pay the court-ordered filing fee.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2007

SUSAN ILLSTON
United States District Judge